UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:90-CR-33-1BO

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **SUPERVISION** |
| Allen Stephon Marshburn | ) | |

On February 20, 1991, Allen Stephon Marshburn appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon a finding of guilt by jury to Conspiracy to Possess with Intent to Distribute Crack Cocaine, Distribution of Crack Cocaine (4 counts), Using or Carrying a Firearm During a Drug Trafficking Crime, Distribution of Crack Cocaine Within 1,000 Feet of an Elementary School, Maintaining a Dwelling for Distribution of Crack Cocaine, and Distribution of Crack Cocaine, to a Person Under 21 Years of Age, was sentenced to the custody of the Bureau of Prisons for a term of 240 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 96 months upon release from imprisonment. Allen Stephon Marshburn was released from custody and the term of supervised release commenced on November 23, 2007.

From evidence presented at the revocation hearing on October 30, 2012, the court finds as a fact that Allen Stephon Marshburn, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the original terms and conditions imposed in this case

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued without modification.

This the 30th day of October, 2012.

Terrence W. Boyle
U.S. District Judge