UNITED STATES DISTRICT COURT  
FOR THE  
EASTERN DISTRICT OF NORTH CAROLINA  
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                       Crim. No. 4:90-CR-33-1BO

ALLEN STEPHON MARSHBURN

On November 27, 2007, the above named was placed on supervised release for a period of 96 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                     Respectfully submitted,

/s/Jeffrey L. Keller                        /s/Arthur B. Campbell  
Jeffrey L. Keller                              Arthur B. Campbell  
Supervising U.S. Probation Officer            U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _June_____, 2014.

_____  
Terrence W. Boyle  
U.S. District Judge